An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

TANGIERS DRIVE TRUST,
Appellant,
vs.
BANK OF AMERICA, N.A., NATIONAL
ASSOCIATION,
Respondent.

No. 65553

**FILED**

FEB 0 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF REVERSAL AND REMAND

This is an appeal from a district court summary judgment, certified as final under NRCP 54(b), in a quiet title action. Eighth Judicial District Court, Clark County; Jerry A. Wiese, Judge.

The district court granted respondent's motion for summary judgment, finding that respondent was entitled to a judgment as a matter of law because NRS 116.3116(2) "merely sets forth an order of payment and allows the HOA to recover 9 months of assessments from the proceeds of the beneficiary's non-judicial foreclosure." This court's recent disposition in *SFR Investments Pool 1, LLC v. U.S. Bank, N.A.*, 130 Nev. ___, 334 P.3d 408 (2014), decides that a common-interest community association's NRS 116.3116(2) superpriority lien has true priority over a first security interest, and the association may nonjudicially foreclose on that lien. The district court's decision thus was based on an erroneous

15-03418

interpretation of the controlling law and did not reach the other issues colorably asserted.[1] Accordingly, we

REVERSE the order granting summary judgment AND REMAND this matter to the district court for further proceedings consistent with this order.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc: Hon. Jerry A. Wiese, District Judge
Kerry P. Faughnan
Akerman LLP/Las Vegas
Eighth District Court Clerk

---

[1]Consequently, we decline to order the district court to enter summary judgment in appellant's favor.